479 A.2d 1093

Commonwealth v. Andrews, Appellant.

 Submitted March 19, 1984.

Ronald J. Sharper, for appellant; Jane Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and ROWLEY and BECK, JJ.

Order affirmed.